UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.S-10-423 GEB |
| v. | ) | |
| | ) | |
| ASHIAH JAMILAH JONES | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                   ( ) Ad Testificandum

Name of Detainee:           ASHIAH JAMILAH JONES
Detained at (custodian):    HIGH DESERT STATE PRISON

Detainee is:     a.)    (X) charged in this district by:   (X) Indictment   ( ) Information   ( ) Complaint
                           charging detainee with: Access Device Fraud, Aggravated Identity Theft
     or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    ( ) return to the custody of detaining facility upon termination of proceedings
     or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a
                         sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:                   /s/ Jared C. Dolan
Printed Name & Phone No:   Jared C. Dolan (916) 554-2767
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                   ( ) Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, before a United States Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: October 8, 2010.

                                                                                   United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Female |
| Booking or CDC #: | X025694 | DOB: 12/14/1986 |
| Facility Address: | 21633 Avenue 24 | Race: African-American |
| | Chowchilla, CA93610 | FBI #: 261313LC2 |
| Facility Phone: | (559) 665-6100 | |
| Currently Incarcerated For: | Identity Theft | |

### RETURN OF SERVICE

Executed on    _____      By: _____
                                                                                 (Signature)