Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 10-423 GEB |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) Court:  Hon. Garland E. Burrell, Jr. |
| Aishah Jones, et.al., | ) Time:   9:00 a.m. |
| Defendants | ) Date:   January 14, 2011 |

Defendants Aishah Jones and Kenyatta Allen, by and through their undersigned counsel, and the United States of America, by and through Assistant United States Attorney, Jared Dolan, request that this matter be continued for a status conference to January 14, 2011. Defendants are charged in an indictment alleging two counts of violations of 18 U.S.C. §§s 1029(a)(2) and (b)(1) – Fraud in Connection With an Access Device; and 18 U.S.C. § 1028(a)(1) – Aggravated Identity Theft and a criminal forfeiture count in violation of 18 U.S.C. § 982(a)(2)(B).  A status conference was previously set for June 28, 2010.  The parties anticipate receiving discovery this week and will need time to review it and engage in defense investigation, as well as negotiations and all parties request that

-1-

the current status conference be continued to January 14, 2011, and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: November 3, 2011          Respectfully submitted,


                                  /s/ Shari Rusk
                                 Shari Rusk
                                 Attorney for Defendant
                                 Aishah Jones


                                 /s/ William Bonham
                                 William Bonham
                                 Attorney for Defendant
                                 Kenyatta Allen


                                  /s/ Jared Dolan
                                 Jared Dolan
                                 Assistant United States Attorney


**ORDER**


IT IS SO ORDERED.  The Court finds excludable time through January 14, 2011, based on Local Code T4, giving counsel reasonable time to prepare.

**Date:   11/5/2010**

                                 GARLAND E. BURRELL, JR.
                                 United States District Judge