William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for KENYATTA ALLEN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 10-cr-423 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| ALLEN et al, ) | |
| Defendants. ) | |
| ) | |
| ) | |

Defendants, Kenyatta Allen and Aishah Jones, through their undersigned counsel, and the United States through its undersigned counsel, hereby stipulate and request that the Court continue the Status Conference, in the above- captioned case, from Friday, January 14, 2011 at 9:00 a.m., to Friday, January 28, 2011 at 9:00 a.m.

1

A continuance is necessary because the Court will not be in session on January 14, 2011.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel for continued case preparation and ongoing plea/sentencing negotiations. Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party have received authorization from co-counsel Shari Rusk and AUSA Jared C. Dolan, to sign and submit this stipulation and proposed order on their behalf and defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendants, Kenyatta Allen and Aishah Jones, should be continued until Friday, January 28, 2011 at 9:00 a.m. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: January 7, 2011

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                              By: /s/   William E. Bonham for
                                JARED C. DOLAN
                                Assistant U.S. Attorney

Dated: January 7, 2011

By: /s/  William E. Bonham for
WILLIAM E. BONHAM
Attorney for defendant
KENYATTA ALLEN

Dated: January 7, 2011

By: /s/  William E. Bonham for
SHARI RUSK
Attorney for defendant
AISHAH JONES

## ORDER

IT IS SO ORDERED.  Status Conference for Kenyatta Allen and Aishah Jones, currently set for Friday, January 14, 2011 at 9:00 a.m. should be vacated and continued until Friday, January 28, 2011 at 9:00 a.m.

I find that the continuance is necessary due to the fact that the Court will not be in session on January 14, 2011.  Accordingly, time is excluded under the Speedy Trial Act due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations  from January 14, 2011 through and including January 28, 2011 pursuant to Local Code T4 and 18 U.S.C. Section 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this

continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

**Date: 1/7/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge