William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for KENYATTA ALLEN

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00423 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| KENYATTA ALLEN, et al, ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

    Defendants, Kenyatta Allen and Aishah Jones, through their undersigned counsel, and the United States through its undersigned counsel, hereby stipulate and request that the Court continue the Status Conference, in the above- captioned case, from Friday, January 28, 2011 at 9:00 am, to Thursday, February 17, 2011 at 10:00 am.

A continuance is necessary because the above captioned case has been transferred from the Honorable Judge Garland E. Burrell, Jr. to the Honorable Judge Kimberly Mueller.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel for continued case preparation and ongoing plea/sentencing negotiations. Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party have received authorization from co-counsel Shari Rusk and AUSA Jared C. Dolan, to sign and submit this stipulation and proposed order on their behalf and defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendants, Kenyatta Allen and Aishah Jones, should be continued until Thursday, February 17, 2011 at 10:00 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: January 25, 2011

                                            BENJAMIN B. WAGNER
                                              United States Attorney

                                     By: /s/   William E. Bonham for
                                          JARED C. DOLAN

Assistant U.S. Attorney

Dated: January 25, 2011

By: /s/ William E. Bonham for
WILLIAM E. BONHAM
Attorney for defendant
KENYATTA ALLEN

Dated: January 25, 2011

By: /s/ William E. Bonham for
SHARI RUSK
Attorney for defendant
AISHAH JONES

## **ORDER**

IT IS SO ORDERED. Status Conference for Kenyatta Allen and Aishah Jones, currently set for Friday, January 28, 2011 at 9:00 a.m. before Judge Garland E. Burrell Jr. is VACATED and RESET for Thursday, February 17, 2011 at 10:00 a.m. before Judge Kimberly J. Mueller.

I find that the continuance is necessary due to the fact that the case has recently been transferred. Accordingly, time is excluded under the Speedy Trial Act due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations from January 28, 2011 through and including February 17, 2011 pursuant to Local Code T4 and 18 U.S.C. Section 3161(h)(7)(B)(iv). I

find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

Dated:   January 27, 2011.

_____
UNITED STATES DISTRICT JUDGE