William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for KENYATTA ALLEN

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-0423 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| ALLEN et al, ) | |
| Defendants. ) | |
| ) | |
| _____) | |

    Defendants, Kenyatta Allen and Aishah Jones, through their undersigned counsel, and the United States through its undersigned counsel, hereby stipulate and request that the Court continue the Status Conference, in the above- captioned case, from Thursday, March 31, 2011 at 10:00 am, to Thursday, April 28, 2011 at 10:00 am.

1

A continuance is necessary to provide counsel with additional time for case preparation and for ongoing plea and sentencing negotiations.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation and ongoing plea/sentencing negotiations.  Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party have received authorization from co-counsel Shari Rusk and AUSA Jared C. Dolan, to sign and submit this stipulation and proposed order on their behalf and defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendants, Kenyatta Allen and Aishah Jones, should be continued until Thursday, April 28, 2011 at 10:00 am.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: March 29, 2011

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                  By: /s/   William E. Bonham for
                                    JARED C. DOLAN
                                    Assistant U.S. Attorney

1  Dated: March 29, 2011

2                                                              By: /s/  William E. Bonham for
                                                                 WILLIAM E. BONHAM
3                                                                Attorney for defendant
                                                                 KENYATTA ALLEN
4

5

6  Dated: March 29, 2011

7                                                              By: /s/  William E. Bonham for
                                                                 SHARI RUSK
8                                                                Attorney for defendant
                                                                 AISHAH JONES
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

IT IS SO ORDERED.  The Status Conference for Kenyatta Allen and Aishah Jones, currently set for Thursday, March 31, 2011 at 10:00 a.m. is vacated and reset for Thursday, April 28, 2011 at 10:00 a.m.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and ongoing plea/sentencing negotiations. Accordingly, time is excluded under the Speedy Trial Act due to needs of counsel for additional case preparation and ongoing plea/sentencing negotiations from March 31, 2011 through and including April 28, 2011 pursuant to Local Code T4 and 18 U.S.C. Section 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

DATED:  March 30, 2011.

UNITED STATES DISTRICT JUDGE