BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-00423 KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO EXCLUDE TIME |
| KENYATTA ALLEN, et al. | ) | |
| Defendants. | ) | |

The parties request that the status conference in this case, currently scheduled on May 24, 2011, be continued. The parties have agreed to set the following dates and deadlines pursuant to Rule 12(c) of the Federal Rules of Criminal Procedure:

Defense to file Pretrial Motions:   June 23, 2011
Government Response:                July 21, 2011
Optional Replies:                   July 28, 2011
Motions Hearing:                    August 4, 2011
Trial Confirmation Hearing:         August 25, 2011
Trial (One Week)                    September 26, 2011

The parties stipulate that the time between May 24, 2011 and September 26, 2011 should be excluded from the calculation of

1

time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, counsel for the defendants expect that time will be needed to conduct further investigation, research and litigate pretrial motions, and prepare for trial.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: May 24, 2011     By:     /s/ Jared Dolan
                               JARED C. DOLAN
                               Assistant U.S. Attorney

DATE: May 24, 2011             /s/ Jared Dolan for
                               WILLIAM BONHAM
                               Attorney for Kenyatta Allen

DATE: May 24, 2011             /s/ Jared Dolan for
                               SHARI RUSK
                               Attorney for Aishah Jones

**SO ORDERED.**

DATE:  May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE