UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-10-cr-00423 KJM |
| Plaintiff, | |
| v. | ORDER |
| AISHAH JAMILAH JONES, | |
| Defendant. | |

Defendant, proceeding pro se, requests the transcript of her January 23, 2012 sentencing hearing.  Included in her transcript request is a request to proceed In Forma Pauperis and a certified copy of her prison trust account statement.  Defendant states she is in "need of the transcripts so the records department can recalculate my time."  The Criminal Justice Act authorizes the preparation and payment of transcript requests for individuals with adequate financial eligibility.

The court finds defendant has established her financial eligibility and grants her request for a transcript.

IT IS ORDERED.

DATED: May 9, 2012.

_____
UNITED STATES DISTRICT JUDGE