UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 07, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AISHAH JAMILAH JONES,<br><br>Defendant. | Case No. 2:10-cr-00423-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  AISHAH JAMILAH JONES ,

Case No. 2:10-cr-00423-KJM  from custody for the following reasons:

    **X**   Release on Personal Recognizance

    ____   Bail Posted in the Sum of $ _____

    ____   Unsecured Appearance Bond $ _____

    ____   Appearance Bond with 10% Deposit

    ____   Appearance Bond with Surety

    ____   Corporate Surety Bail Bond

    ____   (Other): ____ Ordered to report to residential treatment

    **X**   facility by 12:00 PM on 4/8/2014, as well as additional

    ____   conditions as stated on the record.

Issued at Sacramento, California on April 07, 2014 at 3:00

By: _[signature]_

Magistrate Judge Carolyn K. Delaney