Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 10-423 KJM/CRD ) |
| Plaintiff, | ) STIPULATION AND ORDER TO MODIFY ) CONDITIONS OF PRE-TRIAL RELEASE ) |
| vs. | ) ) |
| Aishah Jones, | ) ) ) |
| Defendant. | ) |

The parties hereby stipulate that defendant Aishah Jones conditions of release be modified as follows:

The releasee shall reside in a residence approved by the U.S. Probation Officer and shall report daily, telephonically, to the U.S. Probation officer, pending her acceptance into a residential correctional treatment program.  All other conditions remain in effect.

Dated: April 24, 2014             Respectfully submitted,


                                   __/s/ Shari Rusk___
                                   Shari Rusk
                                   Attorney for Defendant

-1-

Aishah Jones

/s/ Sherry Haus
Sherry Haus
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  April 24, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE