# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**AISHAH JAMILAH JONES** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br>Criminal Number: **2:10CR00423-02**<br>Defendant's Attorney: Shari Rusk, Appointed |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charges   1, 2, 3, 4, 5, 6, 7, 8, 9, and 10   as alleged in the violation petition filed on   8/27/2013  .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violations:
See next page.

The court:  [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   1/23/2012  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]  Charges   11, 12, and 13   are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remail in effect. While incarcerated, payment of any financial obligations are due during imprisonment of not less than $25.00 per quarter and payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**11/5/2014**
Date of Imposition of Sentence

*/s/ Kimberly J. Mueller*

Signature of Judicial Officer
**Kimberly J. Mueller**, United States District Judge
Name & Title of Judicial Officer
11/10/2014
Date

AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

DEFENDANT: **AISHAH JAMILAH JONES** Page 2 of 3
CASE NUMBER: **2:10CR00423-02**

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Unauthorized Travel | 02/02/2013 |
| 2 | Association with Known Felon | 02/02/2013 |
| 3 | New Law Violation | 02/02/2013 |
| 4 | New Law Violation | 02/02/2013 |
| 5 | Failure to Notify the Probation Officer within 72 Hours of Law Enforcement Contact | 02/02/2013 |
| 6 | Failure to Follow the Instructions of the Probation Officer | 07/18/2013 |
| 7 | Failure to Follow the Instructions of the Probation Officer | 07/24/2013 |
| 8 | Failure to Participate in Mental Health Treatment Program | 03/14/2013, 03/26/2013, 05/07/2013, 07/12/2013, 07/25/2013 |
| 9 | Failure to Participate in Drug Testing Program | 1/29/13; 2/12 & 2/21/13; 3/12/13; 6/20, 6/21, 6/25, & 6/27/13; 7/30/13; 8/13, 8/14, 8/21 & 08/22/13 |
| 10 | Unauthorized Travel | 08/14/2013 |

AO 245B-CAED(Rev. 09/2011) Sheet 2 - Imprisonment

DEFENDANT: **AISHAH JAMILAH JONES**  
CASE NUMBER: **2:10CR00423-02**

Page 3 of 3

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 months.

- [✓] No Term of Supervised Release will follow.

- [ ] The court makes the following recommendations to the Bureau of Prisons:  
  The court recommends that the defendant be incarcerated at FCI-Dublin; insofar, as this accords with security classification and space availability.

- [✓] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
  - [ ] at ___ on ___.
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before ___ on ___.
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Officer.

  If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____  
United States Marshal

_____  
By Deputy United States Marshal